UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Mable Randall ,** | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | )  Case No. 4:13CV000687 FRB |
| | ) |
| **Wal-Mart Stores, Inc.** | ) |
| | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on April 12, 2013, and assigned to the Honorable Frederick R. Buckles.  Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:13cv00059 LMB.  The Honorable Lewis M. Blanton will preside.

Case No. 4:13cv00687 FRB is hereby administratively closed.

Dated this 15th day of April, 2013.

James G. Woodward, Clerk of Court
By:   /s/ Katie Spurgeon
         Deputy in Charge

Please refer to Case No. **1:13cv00059 LMB** in all future matters concerning this case.